# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COAST WOOD PRESERVING, INC., et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. CV-F-96-6055 REC LJO<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date:  September 14, 2005<br>Time:  8:30 a.m.<br>Dept.:  6 (LJO) |

　　　　This Court conducted a June 29, 2005 status conference. Plaintiff State of California Department of Toxic Substances Control appeared by telephone by counsel Claudia Polsky, Attorney General's Office of the State of California. Defendants appeared by counsel David Doyle, Doyle, Penner, Bradley and Armstrong.

　　　　The parties informed the Court of the status of remediation efforts and noted that they had reached agreement on remediation cost estimates but continued to negotiate financial assurances and security for remaining remediation efforts. The parties agreed to a set a further status conference to address remediation developments and progress toward settlement, in particular financial assurances and security for remaining remediation efforts.

　　　　On the basis of good cause, this Court SETS a telephonic status conference for September 14, 2005 at 8:30 a.m. in Department 6 (LJO) of this Court. Counsel shall appear at the status conference

1  by telephone by arranging a one-line conference call and then adding the Court at (559) 498-7322. At
2  this conference, the parties shall be prepared to discuss financial assurances and security for remaining
3  remediation efforts and a time estimate as to when agreement, if any, will be reached on these issues.
4        IT IS SO ORDERED.
5  **Dated:   June 29, 2005**                    /s/ Lawrence J. O'Neill
   66h44d                                        UNITED STATES MAGISTRATE JUDGE