# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>COAST WOOD PRESERVING, INC., et al.,<br><br>            Defendants.         / | CASE NO. CV-F-96-6055 REC LJO<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date:   July 18, 2006<br>Time:  8:15 a.m.<br>Dept.:  8 (LJO) |

This Court conducted a May 9, 2006 status conference. Plaintiff State of California Department of Toxic Substances Control appeared by telephone by counsel Claudia Polsky, Attorney General's Office of the State of California. Defendants appeared by counsel David Doyle, Doyle, Penner, Bradley and Armstrong.

The parties informed the Court that they had reached agreement on terms and text of a proposed consent decree and required five weeks for public notice of and comment on such terms. On the basis of good cause, this Court SETS a telephonic status conference for July 18, 2006 at 8:15 a.m. in Department 8 (LJO) of this Court. Counsel shall appear at the status conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680. At this conference, the parties shall be prepared to discuss completion of settlement. This Court will vacate the July 18, 2006 status conference if papers are filed prior to that date to dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 9, 2006**                              /s/ Lawrence J. O'Neill

1

1 | 66h44d                             UNITED STATES MAGISTRATE JUDGE