BILL LOCKYER, Attorney General
  of the State of California
TOM GREENE
  Chief Assistant Attorney General
THEODORA BERGER
  Senior Assistant Attorney General
CLAUDIA POLSKY (State Bar No. 185505)
  Deputy Attorney General
1515 Clay St.
Oakland, CA 94612-0550
Phone: (510) 622-2112
Fax: (510) 622-2270

Attorney for Plaintiffs California Department
of Toxic Substances Control, California Hazardous
Substance Account, and California Hazardous Substance
Cleanup Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COAST WOOD PRESERVING, INC., AND JOYCE LOGSDON,<br><br>Defendants. | No. CV-F-96-6055 AWI LJO<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |

**PLEASE TAKE NOTICE** that plaintiffs, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, by filing this stipulation of dismissal signed by all parties who have appeared in this action, hereby dismiss this action.


Dated: August 2, 2006          /S/
                               Claudia Polsky
                               Attorney for Plaintiffs

                               California Department of Justice
                               1515 Clay St.

1

|   |   |
|---|---|
| 1 | P.O. Box 70550 |
| 2 | Oakland, California 94612<br>(510) 622-2112 |

                         /S/
                      _____
David Doyle
Attorney for Defendants

Doyle, Fike & Watson
1233 West Shaw Ave., Suite 106
Fresno, CA 93711
(559) 229-2200

## ORDER OF DISMISSAL

Having been voluntarily stipulated for dismissal by all parties having appeared in this action, this action is hereby DISMISSED.  This Court shall retain jurisdiction to enforce the terms of the Consent Decree entered in this matter.

IT IS SO ORDERED.

**Dated:   August 15, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE